UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| JOE HAND PRODUCTIONS, INC. | ) | Case No.: 12-CV-05873-LHK |
| Plaintiff, | ) ) ) | ORDER SUGGESTING STIPULATION OF DISMISSAL |
| v. | ) ) | |
| TONY HO, et al., | ) ) | |
| Defendants. | ) ) | |

On March 11, 2013, the Court received notice that the parties have reached a settlement to resolve this action in its entirety. *See* ECF No. 14. Accordingly, by 5:00 p.m. on March 18, 2013, the parties shall file a joint stipulation to dismiss this action with prejudice. If the parties are unable to do so, the parties must file a joint case management statement at that time, and the case management conference set for March 20, 2013, will remain as scheduled.

**IT IS SO ORDERED.**

Dated: March 13, 2013

_Lucy H. Koh_
LUCY H. KOH
United States District Judge

Case No. 12-CV-05873-LHK
ORDER SUGGESTING STIPULATION OF DISMISSAL