1
2
3
4
5
6
7
8
9
10

**United States District Court**
For the Northern District of California

11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JOE HAND PRODUCTIONS, INC.      ) | Case No.: 12-CV-05873-LHK |
|           ) | |
|        Plaintiff,      ) | |
|           ) | ORDER SUGGESTING STIPULATION |
|    v.      ) | OF DISMISSAL |
|           ) | |
| TONY HO, et al.,      ) | |
|           ) | |
|        Defendants.      ) | |
|           ) | |

On March 11, 2013, the Court received notice that the parties have reached a settlement to resolve this action in its entirety. *See* ECF No. 14. Accordingly, by 5:00 p.m. on March 18, 2013, the parties shall file a joint stipulation to dismiss this action with prejudice. If the parties are unable to do so, the parties must file a joint case management statement at that time, and the case management conference set for March 20, 2013, will remain as scheduled.

**IT IS SO ORDERED.**

Dated: March 13, 2013

_____
LUCY H. KOH
United States District Judge

Case No. 12-CV-05873-LHK
ORDER SUGGESTING STIPULATION OF DISMISSAL